UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-530-MWF(Ex)                                                      Date:  February 13, 2015

Title:   DR. JAMES W. SUNG, ET AL. v. SHINHAN DIAMOND AMERICA, INC., ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON.  CHARLES F. EICK, JUDGE

STACEY PIERSON                                                                            N/A
**DEPUTY CLERK**                                                                    **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                                            None

**PROCEEDINGS:**   **(IN CHAMBERS)**

The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion for Protective Order" ('the Motion"), filed January 22, 2015.  The Court heard oral argument on February 13, 2015.

The Motion is granted.  See In re Deutsche Bank Trust Co. Americas, 605 F.3d 1373 (Fed. Cir. 2010); Eon Corp. IP Holdings LLC v. AT&T Mobility LLC, 881 F. Supp. 2d 254 (D. Puerto Rico 2012).  The parties promptly shall proceed accordingly.

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the February 13, 2015 hearing.


cc:    Judge Fitzgerald
         All Counsel of Record

**MINUTES FORM 11**                                                                       Initials of Deputy Clerk    SP
**CIVIL-GEN**