1  MICHAEL J. SACKSTEDER (CSB No. 191605)
   msacksteder@fenwick.com
2  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:  415.875.2300
5  Facsimile:   415.281.1350

6  BRIAN E. LAHTI (CSB No. 278951)
   blahti@fenwick.com
7  ADAM M. LEWIN (CSB No. 284905)
   alewin@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:  650.988.8500
10 Facsimile:   650.938.5200

11 Attorneys for Defendants
   SHINHAN DIAMOND AMERICA, INC.,
12 SHINHAN DIAMOND INDUSTRIAL CO.,
   LTD., and DITEQ CORPORATION

JS-6

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DR. JAMES SUNG and DIAMIND USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHINHAN DIAMOND AMERICA, INC., SHINHAN DIAMOND INDUSTRIAL CO., LTD., and DITEQ CORPORATION,<br><br>Defendants. | Case No.: 2:14-CV-00530 MWF (Ex)<br><br>**JUDGMENT** |

1

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that judgment of non-infringement of U.S. Patent Nos. 6,039,641; 6,286,498; 6,679,243; 6,193,770; and 7,124,753 (collectively, "patents-in-suit") be and is hereby entered in favor of Defendants Shinhan Diamond America, Inc., Shinhan Diamond Industrial Co., Ltd. and Diteq Corporation ("Defendants") and against Plaintiffs Dr. James Sung and Diamind USA, LLC ) ("Plaintiffs").  In addition, all of Defendants' defenses and counterclaims, including those of invalidity as to all of the patents-in-suit, are hereby dismissed without prejudice.  Any motion for attorneys' fees and/or costs shall be filed within fourteen (14) days of entry of judgment.

**IT IS SO ORDERED.**

Dated: July 7, 2015

Michael W. Fitzgerald
United States District Judge